# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Triano Williams

                              Plaintiff,

v.                                                                                   Case No.: 1:16–cv–11746
                                                                            Honorable Gary Feinerman

American College of Education, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 18, 2019:

      MINUTE entry before the Honorable Gary Feinerman:By agreement, the following schedule is entered. Subpoenas for non–party witnesses shall be served with three days' notice to the opposing party by April 2, 2019 and one week notice by April 5, 2019 to the witness. Revised witness and exhibit lists shall be filed by March 29, 2019. The parties shall confer regarding the admissibility of tendered exhibits by April 2, 2019. Prehearing motions shall be noticed for presentment on or before April 5, 2019.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.